**Charles E. ANDERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35754.**

Missouri Court of Appeals,
Western District.

Nov. 13, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 26, 1984.

Application to Transfer Denied Feb. 26, 1985.

C.J. Larkin, Columbia, J. Armin Rust, Lexington, for appellant.

John Ashcroft, Atty. Gen., Thomas Carter, II, Jefferson City, for respondent.

Before KENNEDY, P.J., and DIXON and CLARK, JJ.

PER CURIAM.

Appeal from denial of Rule 27.26 motion to vacate conviction for stealing in connection with a burglary, Section 560.110, RSMo 1969 and sentence of four years imprisonment.

Judgment affirmed. Rule 84.16(b).